IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Carmen Garcia

Plaintiff(s),

v.

Discount Car Rental, Inc., et al.,

CIVIL NO. 96-2200 (DRD)

Defendant(s).

---

**DESCRIPTION OF MOTION**

DATE FILED: January / 26 / 2000

DOCKET No.: 77

[ ] Plffs.    [ ] Defts.

TITLE: Notice of Decease of Attorney and Request to Stay Proceedings.

---

**ORDER**

DENIED. This case was settled and judgment entered on August 4, 1999. (Docket Nos. 74-76). Therefore, a stay is unappropriate in this case. IT IS SO ORDERED.

---

June 1, 2000
DATE

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

78